# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DESMOND BROWN,

    Petitioner,

v.                                 CASE NO. 4:17cv170-RH/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as untimely." The clerk must close the file.

SO ORDERED on July 3, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge